# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JEFFREDIA MITCHELL, individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>ACCELERATED CLAIMS, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 3:19-cv-00710-FDW-DSC |

## NOTICE OF SUBSTITUTION OF COUNSEL

The undersigned attorney hereby moves to substitute Nicholas S. Hulse with the law firm of Fisher & Phillips LLP as counsel of records for Defendant Accelerated Claims, Inc., in place of Kevin J. Dalton, who hereby withdraws his appearance as counsel of record. This Substitution will not affect any other counsel of record. In support of this Substitution, the undersigned would show that:

1. The Substitution is not sought for delay; and

2. The requested Substitution of counsel is not prejudicial to any of the parties.

Respectfully submitted this 28th day of January 2020.

By: */s/ Nicholas S. Hulse*
Nicholas S. Hulse (NC Bar No. 54603)
**FISHER PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774
nhulse@fisherphillips.com
Counsel for Defendant Accelerated Claims, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Civ. No. 3:19-cv-00710-FDW-DSC

| | |
|---|---|
| JEFFREDIA MITCHELL, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| ACCELERATED CLAIMS, INC. | ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

This is to certify that on January 28th, 2020, I filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** by using the CM/ECF system which will send notification to the following counsel of record:

> Jason S. Chestnut
> Philip L. Gibbons
> Craig L. Leis
> **GIBBONS LEIS, PLLC**
> 14045 Ballantyne Corporate Place, Ste. 325
> Charlotte, NC 28277
> jason@gibbonsleis.com
> phil@gibbonsleis.com
> craig@gibbonsleis.com

By: */s/ Nicholas S. Hulse*
Nicholas S. Hulse
**FISHER PHILLIPS LLP**