UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00710-FDW-DSC

JEFFREDIA MITCHELL, individually and )
on behalf of all others similarly situated, )
                                                )
      Plaintiff, )
                                                )
vs. )           NOTICE OF HEARING
                                                )
ACCELERATED CLAIMS, INC., )
                                                )
      Defendant. )
                                                )

      TAKE NOTICE that a pretrial conference will take place immediately following docket call on Monday, January 4, 2021, at 9:30 a.m. in Courtroom #2-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, 28202. The deadline for dispositive motions has passed and the parties' joint pretrial submissions required by the Case Management Order in this case (Doc. No. 13) shall be due Friday, December 11, 2020.

      IT IS SO ORDERED.

      Signed: November 17, 2020

_____
Frank D. Whitney
United States District Judge